# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAYMOND HAMPTON, | No. ED CV 12-01492-FMO (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| P. L. VAZQUEZ, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 11, 2013

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE